# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE N. CHATMON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GAIL LEWIS, Warden,<br><br>　　　　Respondent. | 1:03-cv-06207-TAG HC<br><br>ERRATA TO ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |

1. The third sentence of first paragraph of the section entitled "I. Jurisdiction" on page 3, of the original Order, shall be deleted and replaced by the following:

"The challenged conviction arises out of the Fresno County Superior Court, which is located within the jurisdiction of this court."

2. The citation following the first sentence of the first paragraph of the section entitled "II. Legal Standard of Review" on page 4, of the original Order, shall be deleted and replaced by the following:

"28 U.S.C. § 2254(d); Lockyer v. Andrade, 538 U.S. 63, 123 S. Ct. 1166 (2003)."

IT IS SO ORDERED.

Dated:  **August 9, 2006**　　　　　　　　　　　　　　/s/ **Theresa A. Goldner**
j6eb3d　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE